

No. 14–0129/AF. U.S. v. Dustin R. Helpap. CCA S32017. In each of the above cases, Appellee's motion to dismiss the petition for grant of review without prejudice is granted.

No. 14–8002/NA. U.S. v. Christopher J. Schaleger. CCA 20130247. On consideration of the writ-appeal petition, Appellant's motion for a stay of trial proceedings, and Appellee's motion for leave to file an opposition to Appellant's motion for a stay of trial proceedings out of time, said motions are denied and said writ-appeal petition is denied without prejudice to Appellant's right to raise the issue asserted during the course of normal appellate review.

No. 14–8005/AF. Yefry S. Mercado, Petitioner v. Lieutenant Colonel Joshua E. Kastenberg, Military Judge, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus was filed under Rule 27(a) this date.

No. 12–0428/MC. U.S. v. Stephen J. McGuire. CCA 201000611. Appellant's petition for reconsideration of this Court's Order of April 17, 2013, is denied.

No. 13–0595/AF. U.S. v. Phillip T. Burleigh. CCA 37652. On consideration of appellate defense counsel's second motion for leave to withdraw, it is ordered that Appellee show cause on or before November 7, 2013, why the second motion for leave to withdraw should not be granted.